FILED: November 30, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4657
(3:21-cr-00018-REP-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DELVONTE E. HARRIS

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:21-cr-00018-REP-1 |
| Date notice of appeal filed in originating court: | 11/29/2021 |
| Appellant | Delvonte E. Harris |
| Appellate Case Number | 21-4657 |
| Case Manager | Cyndi Halupa<br>804-916-2704 |