FILED: May 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4657
(3:21-cr-00018-REP-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DELVONTE E. HARRIS

      Defendant - Appellant

_____

O R D E R
_____

Upon further review of the joint appendix, appellant is directed to file a supplemental joint appendix, on or before May 30, 2023, to include the body camera footage referenced during the suppression hearing held on April 7, 2021.

Any digital media exhibit must be filed as a separate exhibit volume of the appendix with a cover and table of contents and must conform to the Fourth Circuit Brief & Appendix Requirements as to content, format, and required copies, pursuant to the court's order of October 11, 2022.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk